# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| **BRITTANY ROCKELL WILLIAMS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00170 |
| | ) | 1:13-cr-00078 |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 22, 2016 Order.

                 August 22, 2016

                 *Frank G. Johns*
                 Frank G. Johns, Clerk
                 United States District Court